UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| William Roelle, | ) | CASE NO. 1:06CV2393 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Julius Wilson, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The Court has filed its OPINION AND ORDER in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

The Court finds an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915 (a)(3). Further, Petitioner has not made a substantial showing of the denial of a constitutional right; therefore, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253 (c)(2); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

DATE: 9/4/07

FILED
SEP 04 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O
CLEVELAND

*Christopher A Boyko*
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE